UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LARRY J. BLASSINGAME,

        Plaintiff,

                                        COMPLAINT AND
- against -                              JURY TRIAL DEMAND

P.O. CHRISTOPHER LAMONICA, Shield No. 24791,
and P.O. ROBERT KARL, Shield No. 27557,

        Defendants.
-------------------------------------------------------------------X

        Plaintiff, LARRY J. BLASSINGAME, by his attorney, ALAN D. LEVINE, ESQ., complaining of the defendants herein, respectfully alleges as follows:

## JURISDICTION

1.      This is a civil action, seeking compensatory damages, punitive damages and attorney's fees.

2.      This action is brought pursuant to 42 U.S.C. §§1983 and 1988 and the fourth and fourteenth amendments to the Constitution of the United States.

3.      Jurisdiction is founded upon 28 U.S.C. §§1331 and 1343.

## VENUE

4.      Venue is properly alleged in the Southern District of New York in that the acts complained of herein occurred within this District.

## JURY TRIAL DEMAND

5.      Plaintiff hereby demands a trial by jury of all issues in this action that are so triable.

## PARTIES

6. At all times relevant hereto, plaintiff, LARRY J. BLASSINGAME, was and is a natural person, resident in the Town of Babylon, County of Suffolk, State of New York.

7. At all times relevant hereto, defendant P.O. CHRISTOPHER LAMONICA, Shield No. 24791 (hereinafter "LAMONICA") was and is a natural person, employed as a police officer by the Police Department of The City of New York.

8. At all times relevant hereto, defendant P.O. ROBERT KARL, Shield No. 27557 (hereinafter "KARL") was and is a natural person, employed as a police officer by the Police Department of The City of New York.

9. The defendants are sued in their individual capacities.

### AS AND FOR A FIRST CAUSE OF ACTION
### AGAINST THE INDIVIDUAL DEFENDANTS
### (42 U.S.C. §1983)

10. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "9" hereinabove as if more fully set forth at length herein.

11. On or about August 12, 2011, at approximately 6:00 P.M., plaintiff was lawfully present in the vicinity of West 34th Street and 9th Avenue in the County, City and State of New York.

12. At the aforementioned time and place, one of the individual defendants hereto, upon information and belief defendant LAMONICA, grabbed plaintiff by his collar, looked at him and then let him go, stating to plaintiff, "My bad. Wrong person. You can go."

13. Defendant LAMONICA then asked plaintiff, "Are you a homie or a crip?"

14. Plaintiff looked at defendant LAMONICA incredulously and resumed walking.

15. Defendant LAMONICA now accosted plaintiff again, this time asking him, "What do you have in your pockets?"

16. Plaintiff responded, "Only my knife is in my front pocket."

17. Defendant LAMONICA replied, "I think you're bullshitting me."

18. Defendant LAMONICA proceeded to rear-handcuff plaintiff.

19. At this point, defendant KARL appeared on the scene.

20. Defendant LAMONICA reached into plaintiff's right hip pocket and removed from it the knife that plaintiff stated he had with him.

21. Upon examining the knife, defendant KARL said to defendant LAMONICA, "Gravity knife. Take him in."

22. Defendant KARL removed from plaintiff a small screwdriver that defendant KARL termed a "burglary tool."

23. Defendants transported plaintiff to the stationhouse of the 10th Precinct, from which plaintiff was eventually transported to Manhattan Central Booking.

24. At approximately 1:00 A.M. on August 13, 2011, plaintiff appeared before a judge of the Criminal Court of the City of New York, New York County and was arraigned, upon the complaint of defendant LAMONICA, on one count of criminal possession of a weapon in the third degree, a D felony; and one count of possession of burglar's tools, an A misdemeanor.

25. Plaintiff's bail was set at $1,000.00.

26. Because plaintiff could not pay his bail, he was incarcerated in the Robert N. Davoren Center on Rikers Island for more than four months, from August 13 through December 20, 2011.

27. Plaintiff was indicted by a New York County grand jury.

28. However, following a Mapp/Dunaway hearing, held in December 2011, all charges against plaintiff were dismissed and he was released.

29. Defendants denied plaintiff the rights guaranteed to him by the fourth amendment to the Constitution of the United States, and his right to the due process of law guaranteed to him by the fourteenth amendment to the Constitution of the United States, in that, acting under color of state law, they improperly searched him, arrested him without probable cause, and maliciously prosecuted him.

30. As a result of defendants' unconstitutionally searching, falsely arresting and maliciously prosecuting plaintiff as described hereinabove, while they were acting under the color of state law, plaintiff suffered a loss of his liberty for four months, had to defend himself in a criminal proceeding and suffered extreme mental anguish.

31. As a result of the unconstitutional and illegal actions taken against him by defendants, plaintiff has been damaged in an amount sufficient to compensate him for his injuries as enumerated hereinabove and, in addition, seeks punitive damages against the individual defendants.

WHEREFORE, plaintiff, LARRY J. BLASSINGAME, demands judgment against defendants, P.O. CHRISTOPHER LAMONICA, Shield No. 24791 and P.O. ROBERT KARL, Shield No. 27557, in an amount sufficient to compensate him for his injuries as enumerated hereinabove and, in addition, seeks punitive damages against the individual defendants.

In addition, plaintiff demands the costs and disbursements of this action, including his attorney's fees, pursuant to 42 U.S.C. §1988.

Dated: Kew Gardens, New York
       August 8, 2014

                                                          ALAN D. LEVINE, ESQ.
                                                          Attorney for Plaintiff
                                                          80-02 Kew Gardens Road, Suite 302
                                                          Kew Gardens, New York 11415
                                                          (718) 793-6363
                                                          Our File No. 2244